# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.** |
| | : | |
| **ZACHARY JOHNSON, and** | : | **VIOLATIONS:** |
| **DION RAJEWSKI,** | : | **18 U.S.C. § 231(a)(3) and 2** |
| | : | **(Civil Disorder)** |
| **Defendants.** | : | **18 U.S.C. § 111(a)(1) and (b) and 2** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers Using a Dangerous** |
| | : | **Weapon)** |
| | : | **18 U.S.C. § 1752(a)(1) and (b)(1)(A) and 2** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds with a Deadly or** |
| | : | **Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(2) and (b)(1)A) and 2** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(4) and (b)(1)(A) and 2** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **ZACHARY JOHNSON** and **DION RAJEWSKI**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **ZACHARY JOHNSON**, using a deadly and dangerous weapon, that is, a lachrymal agent, to wit OC/pepper spray, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2)

### COUNT THREE

On or about January 6, 2021, within the District of Columbia, **ZACHARY JOHNSON**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-

off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice

President was temporarily visiting, without lawful authority to do so, and, during and in relation

to the offense, did use and carry a deadly and dangerous weapon, that is, a sledgehammer and a

lachrymal agent, to wit OC/pepper spray.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A) and 2)

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **DION RAJEWSKI**, did

knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off,

and otherwise restricted area within the United States Capitol and its grounds, where the Vice

President was temporarily visiting, without lawful authority to do so, and, during and in relation

to the offense, did use and carry a deadly and dangerous weapon, that is, a lachrymal agent, to wit

OC/pepper spray.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON**, did

knowingly, and with intent to impede and disrupt the orderly conduct of Government business and

official functions, engage in disorderly and disruptive conduct in and within such proximity to, a

restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area

within the United States Capitol and its grounds, where the Vice President was temporarily

visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of

Government business and official functions and, during and in relation to the offense, did use and

carry a deadly and dangerous weapon, that a sledgehammer and a lachrymal agent, to wit
OC/pepper spray.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a
> Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections
> 1752(a)(2) and (b)(1)(A) and 2)

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **DION RAJEWSKI**, did
knowingly, and with intent to impede and disrupt the orderly conduct of Government business and
official functions, engage in disorderly and disruptive conduct in and within such proximity to, a
restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area
within the United States Capitol and its grounds, where the Vice President was temporarily
visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of
Government business and official functions and, during and in relation to the offense, did use and
carry a deadly and dangerous weapon, that a lachrymal agent, to wit OC/pepper spray.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a
> Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections
> 1752(a)(2) and (b)(1)(A) and 2)

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON** and
**DION RAJEWSKI**, did knowingly engage in any act of physical violence against any person and
property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise
restricted area within the United States Capitol and its grounds, where the Vice President was

temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is a lachrymal agent, to wit OC/pepper spray.

**(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A) and 2)

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON** and **DION RAJEWSKI** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ISB*

Attorney of the United States in
and for the District of Columbia.

5