AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>ZACHARY JOHNSON<br><br>_____<br>Defendant | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZACHARY JOHNSON ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and 2(Civil Disorder); 18 U.S.C. § 111(a)(1) and (b) and 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon); 18 U.S.C. § 1752(a)(1) and (b)(1)(A) and 2 (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(2) and (b)(1)A) and 2 (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(4) and (b)(1)(A) and 2 (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)

Date:  01/12/2022

*Issuing officer's signature*

G. Michael Harvey
2022.01.12 17:54:10
-05'00'

City and state:   Washington, D.C.          G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  1/12/2022 , and the person was arrested on *(date)*  1/13/2022
at *(city and state)*   St Petersburg, FL .

Date:  1/13/2022

*Arresting officer's signature*

Special Agent Christopher Lechinger
*Printed name and title*