UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-cr-11-RJL |
| ZACHARY JOHNSON | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

As the defendant correctly states in his pending motion to modify his conditions of release, ECF 85, the United States has no objection to (1) converting his current condition of location monitoring via GPS ankle bracelet to a curfew monitored by periodic calls to a landline he must answer during the curfew period; and/or (2) allowing the defendant to travel outside of the Tampa Division, but still within the Middle District of Florida (MDFL), to work, so long as he first secures approval from MDFL Pre-Trial Services, provides any documentation they request, and follows whatever procedures they require.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

By:   */s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370