### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:22-cr-11 (RJL)** |
| | : | |
| **ZACHARY JOHNSON** | : | |
| **Defendant.** | : | |

### JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING

The United States of America and Defendant Zachary Johnson, by and through his counsel, (collectively, "the parties"), have reached a plea agreement in which the Defendant has agreed to plead guilty to one count of violating 18 U.S.C. § 111(a)(1). Accordingly, the parties respectfully jointly request that the Court accept the plea agreement and schedule a hearing for the Defendant to change his plea.

The Court previously ordered all parties to appear on July 26, 2023, for a status conference. The parties believe that the status conference is no longer necessary. On June 12, 2023, the Defendant and his attorney signed the plea agreement letter along with a statement of facts in support of the agreed upon plea. On June 19, 2023, the Defendant, and his attorney, signed a waiver of jury trial rights.

Accordingly, the parties jointly respectfully request that the Court vacate the July 26, 2023, status conference date and schedule a change of plea hearing on July 10, 2023, at 10:00 a.m., or alternatively on any of the following days of July: 11th, 12th, 25th or July 26, 2023.


Respectfully submitted,

*For Zachary Johnson*

*/s/ George Ellis Summers*
GEORGE ELLIS SUMMERS
Federal Public Defender-Florida Middle
2075 West First Street, Suite 300
Fort Myers, FL 33091
(202) 460-3381
Ellis_Summers@fd.org

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney, Detailee
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Michael.Gordon3@usdoj.gov
Tel.: 813-274-6370

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney, Detailee
Pennsylvania Bar No. 320922
601 D St., NW
Washington, D.C. 20001
rebekah.lederer@usdoj.gov
Telephone: 202-252-7012